# Court of Appeals
# of the State of Georgia

ATLANTA,  December 07, 2017

*The Court of Appeals hereby passes the following order:*

## A17A1576.  GRADY v. THE STATE.

Upon consideration of the entire record, applicable case law, and statutory provisions, this discretionary appeal is hereby DISMISSED as having been improvidently granted.  See *Killian v. State*, 315 Ga. App. 731, 732 (728 SE2d 258) (2012); see generally *Rollins v. Rollins*, 266 Ga. 597 (468 SE2d 384) (1996); *Morgan v. G. M. &c. Corp.*, 167 Ga. App. 404 (307 SE2d 137) (1983).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/07/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*